

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00217-CR

Dario **CORRAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 10-07-00078-CRF
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 29, 2013.

_____
Luz Elena D. Chapa, Justice